IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES TORELLO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-CV-3726-O-BH |
| | § | |
| MORTGAGE ELECTRONIC | § | |
| REGISTRATION SYSTEM, INC., et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case (ECF No. 13). No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

For the reasons stated in the Findings, Conclusions, and Recommendation, *Defendants' Motion to Dismiss Plaintiff's Original Petition for Failure to State a Claim* (doc. 9), filed October 10, 2012, is **GRANTED**. By separate judgment, Plaintiff's claims against Defendants will be **DISMISSED with prejudice.**

**SO ORDERED** on this **28th day** of **June**, **2013**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**